IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:10CR445 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | TRIAL ORDER |
| | ) | |
| OMAR ANTONIO MEJIA, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that, on the court's own motion, jury trial for the above defendant is rescheduled before the undersigned in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **February 7, 2011, at 8:30 a.m.**

Since this is a criminal case, the defendant shall be present, unless excused by the court. If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

DATED this 24th day of January, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge